David Greene (DG 4163)
Joseph N. Froehlich (JF 5221)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700 (Telephone)
(212) 947-1202 (Fax)

Brandon J. Witkow (*Pro Hac Vice Application to be filed*)
Cory Baskin (*Pro Hac Vice Application to be filed*)
LOCKE LORD BISSELL & LIDDELL LLP
300 South Grand Avenue, 8th Floor
Los Angeles, California 90071
(213) 687-6781 (Telephone)
(213) 341-6781 (Fax)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE,<br><br>Plaintiffs,<br><br>v.<br><br>KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive,<br><br>Defendants. | ECF Case<br><br>Civil Action No. 08 CV 0391 (AKH)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal, the undersigned, counsel for **Plaintiff Pa Pah Productions, Inc.** hereby files a Rule 7.1 Statement and certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:   New York, New York
         January 15, 2008

                                LOCKE LORD BISSELL & LIDDELL, LLP

                By: _____
                        David Greene (DG 4163)
                        dgreene@lockelord.com
                        Joseph N. Froehlich (JF 5221)
                        jfroehlich@lockelord.com
                        Locke Lord Bissell & Liddell LLP
                        885 Third Avenue, 26th Floor
                        New York, New York 10022
                        (212) 947-4700 (Telephone)
                        (212) 947-1202 (Fax)

                        -and-

                        Brandon J. Witkow
                        bwitkow@lockelord.com
                        (*Pro Hac Vice Application to be filed*)
                        Cory Baskin
                        cbaskin@lockelord.com
                        (*Pro Hac Vice Application to be filed*)
                        Locke Lord Bissell & Liddell LLP
                        300 South Grand Avenue, 8th Floor
                        Los Angeles, California 90071
                        (213) 687-6781 (Telephone)
                        (213) 341-6781 (Fax)
                        *Attorneys for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine*