AFFIDAVIT OF SERVICE BY
PRIVATE PROCESS SERVER

State Of Tennessee

County Of Shelby

I,      PATRICK STRICKLAND,

first being duly sworn, make an oath that I have personally served the following defendant with a copy of the stated SUMMONS/ COMPLAINT RUSH issued by the United States District Court, Tennessee.

Defendant: King Music Group, Inc. e tal

Docket Number : 08 CV 0391

Time Served: 10:07 AM          Date Served: January 18, 2008

ADDRESS WHERE SERVED

    Michael Bourne
    6705 Poplar

I have served said SUMMONS/ COMPLAINT RUSH in compliance with all the laws of the State Of Tennessee and the rules of the

    United States District Court,Tennessee

_____
Private Process Server

Sworn to and subscribed before me this 18th day of January, 2008.

_____
Notary Public

My Commission Expires:_____

My Comm. Exp. 5-24-2011