AFFIDAVIT OF SERVICE BY
PRIVATE PROCESS SERVER

State Of Tennessee

County Of Shelby

I,   PATRICK STRICKLAND,

first being duly sworn, make an oath that I have personally served the following defendant with a copy of the stated SUMMONS/ COMPLAINT RUSH issued by the United States District Court, Tennessee.

Defendant: King Music Group, Inc. et al

Docket Number : 08 CV 0391

Time Served: 1:34 PM           Date Served: January 17, 2008

ADDRESS WHERE SERVED

Teresa Bernhardt
M & A Holdings, LLC
by serving Teresa M Bernhardt
6363 Poplar Ave #405
Memphis, TN  38119-0000

I have served said SUMMONS/ COMPLAINT RUSH in compliance with all the laws of the State Of Tennessee and the rules of the

United States District Court, Tennessee

_____
Private Process Server

Sworn to and subscribed before me this 18th day of January, 2008.

_____
Notary Public

My Commission Expires: _____

My Comm. Exp. 5-24-2011