UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE, | ) ECF Case |
|---|---|
| Plaintiffs, | ) Civil Action No. 08 CV 0391 (AKH) |
| v. | ) **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph N. Froehlich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| Applicant's Name: | Cory A. Baskin |
|---|---|
| Firm Name: | Locke Lord Bissell & Liddell LLP |
| Address: | 300 South Grand Avenue, Eighth Floor |
| City/State/Zip: | Los Angeles, California 90071-3119 |
| Phone Number: | 213-687-6708 |
| Fax Number: | 213-341-6708 |

Mr. Baskin is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Baskin in any State or Federal court.

Dated: February 20, 2008

City, State: New York, New York

    Respectfully submitted,

    *[signature]*
    Joseph N. Froehlich (JF 5221)
    jfroehlich@lockelord.com
    Locke Lord Bissell & Liddell LLP
    885 Third Avenue, 26th Floor
    New York, New York 10022
    (212) 947-4700 (Telephone)
    (212) 947-1202 (Fax)

*Attorneys for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE, | ) ECF Case ) ) |
| Plaintiffs, | ) Civil Action No. 08 CV 0391 (AKH) ) |
| v. | ) **AFFIDAVIT OF JOSEPH N. FROEHLICH** ) **IN SUPPORT OF MOTION TO ADMIT** |
| KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive, | ) **COUNSEL PRO HAC VICE** ) ) ) |
| Defendants. | ) |

I, JOSEPH N. FROEHLICH, hereby declare as follows:

1. I am a partner at Locke Lord Bissell & Liddell LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Cory A. Baskin as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Cory A. Baskin since 2007.

4. Mr. Baskin is an associate at Locke Lord Bissell & Liddell LLP in Los Angeles, California.

5. I have found Mr. Baskin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Cory A. Baskin, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Cory A. Baskin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Cory A. Baskin, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this Declaration was executed on February 20, 2008 in New York, New York.

Respectfully submitted,

Joseph N. Froehlich

SDNY Bar Code: JF 5221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE, | ) ECF Case ) ) |
| Plaintiffs, | ) Civil Action No. 08 CV 0391 (AKH) ) |
| v. | ) **ORDER FOR ADMISSION PRO HAC** ) **VICE ON WRITTEN MOTION** |
| KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive, | ) ) ) ) |
| Defendants. | ) |

Upon the motion of Joseph N. Froehlich, attorney for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Cory A. Baskin

    Firm Name: Locke Lord Bissell & Liddell LLP

    Address: 300 South Grand Avenue, Eighth Floor

    City/State/Zip: Los Angeles, California 90071-3119

    Telephone/Fax: 213-687-6708(t)/ 213-341-6708(f)

    Email Address: cbaskin@lockelord.com

is admitted to practice pro hac vice as counsel for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York


                                                                         _____
                                                              United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CORY ALEXANDER BASKIN, 240517 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE, <br><br> Plaintiffs, <br><br> v. <br><br> KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive, <br><br> Defendants. | ) ECF Case <br> ) <br> ) <br> ) Civil Action No. 08 CV 0391 (AKH) <br> ) <br> ) **MOTION TO ADMIT COUNSEL PRO** <br> ) **HAC VICE** <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                                            SS.:
COUNTY OF NEW YORK  )

I, Gerry M. O'Leary, being duly sworn, deposes and says:

I am not a party to the within action, I am over 18 years of age, and am a Paralegal for attorneys, LOCKE LORD BISSELL & LIDDELL LLP, attorneys for the Plaintiff in the above-captioned action.

I certify and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on February 20, 2008, I served a copy of MOTION TO ADMIT COUNSEL [CORY A. BASKIN] PRO HAC VICE, AFFIDAVIT OF JOSEPH N. FROEHLICH IN SUPPORT OF MOTION TO ADMIT COUNSEL [CORY A. BASKIN] PRO HAC VICE and [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION upon:

> Jonathan D. Davis, Esq.
> 99 Park Avenue
> Suite 1600
> New York, NY 10016
> (212) 687-5464

by mailing the copy via first-class mail to the address of the counsel set forth above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 20, 2008

                                                  Gerry M. O'Leary
                                                  Paralegal
                                                  Locke Lord Bissell &
                                                      Liddell LLP
                                                  885 Third Avenue
                                                  New York, New York 10022
                                                  (212) 812-8330

SWORN TO BEFORE ME THIS
20th day of February, 2008

_____
Joseph N. Froehlich

        JOSEPH N. FROEHLICH
    Notary Public, State of New York
           No. 02FR6002500
      Qualified in Suffolk County
Commission Expires February 9, 20 10