SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PA PAH PRODUCTIONS, INC. and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE,

    Plaintiffs,

v.

KING MUSIC GROUP, INC., KING MUSIC GROUP, LLC, M&A HOLDINGS, LLC, MICHAEL BOURNE and DOES 1-10, inclusive,

    Defendants.

) ECF Case
)
)
)
) Civil Action No. 08 CV 0391 (AKH)
)
) **ORDER FOR ADMISSION PRO HAC**
) **VICE ON WRITTEN MOTION**
)
)
)
)
)

Upon the motion of Joseph N. Froehlich, attorney for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Cory A. Baskin

    Firm Name:  Locke Lord Bissell & Liddell LLP

    Address:  300 South Grand Avenue, Eighth Floor

    City/State/Zip:  Los Angeles, California 90071-3119

    Telephone/Fax:  213-687-6708(t)/ 213-341-6708(f)

    Email Address:  cbaskin@lockelord.com

is admitted to practice pro hac vice as counsel for Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/29/08
City, State: New York, New York

                                                _____
                                                United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006