UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
PA PAH PRODUCTIONS, INC. and                               :
ELGIN BAYLOR LUMPKIN p/k/a GINUWINE,                          08 CV 0391 (AKH)
                                                           :  ECF CASE
                    Plaintiffs,
                                                           :  7.1. DISCLOSURE
            v.                                                STATEMENT
                                                           :
KING MUSIC GROUP, INC., KING MUISC
GROUP, LLC, M&A HOLDINGS, LLC,                             :
MICHAEL BOURNÉ and DOES 1-10 inclusive,
                                                           :
                    Defendants.
                                                           :
-----------------------------------------------------------x
```

Pursuant to Rule 7.1. of the Federal Rules of Civil Procedure, Defendant-Counterclaimant King Music Group, LLC, by its undersigned counsel, hereby states that it is a limited liability company duly organized under the laws of the State of Tennessee. On or about October 11, 2007, M&A Holdings, LLC was renamed "King Music Group, LLC" by filing an amendment with the Tennessee Secretary of State's Office. Prior to the formal name change, M&A Holdings, LLC was doing business as "King Music Group, LLC," which was sometimes mistakenly referred to as "King Music Group, Inc." (underlining added). King Music Group, LLC is not owned by any parent corporation,

and there is no publicly held corporation that owns 10% or more of King Music Group, LLC.

Dated: March 10, 2008
      New York, New York

                                      JONATHAN D. DAVIS, P.C.

By: _____
Jonathan D. Davis (JD 5712)
99 Park Avenue
Suite 1600
New York, New York 10016
(212) 687-5464
Attorneys for Defendant-Counterclaimant King Music Group, LLC (incorrectly sued herein as M&A Holdings, LLC and King Music Group, Inc.)