AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

**APPEARANCE**

Case Number: 08 CV 0391 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/12/2008 | _[signature]_ |
| Date | Signature |
| | Cory A. Baskin / Pro Hac Vice |
| | Print Name / Bar Number |
| | 300 South Grand Avenue, 8th Floor |
| | Address |
| | Los Angeles / CA / 90071-3119 |
| | City / State / Zip Code |
| | (213) 485-1500 / (213) 485-1200 |
| | Phone Number / Fax Number |