AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 08 CV 0391 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Pa Pah Productions, Inc. & Elgin Baylor Lumpkin p/k/a Ginuwine

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/12/2008 | _(signature)_ |
| Date | Signature |
| | Brandon J. Witkow — Pro Hac Vice |
| | Print Name — Bar Number |
| | 300 South Grand Avenue, 8th Floor |
| | Address |
| | Los Angeles — CA — 90071-3119 |
| | City — State — Zip Code |
| | (213) 485-1500 — (213) 485-1200 |
| | Phone Number — Fax Number |