# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

PA PAH PRODUCTIONS, INC. and
ELGIN BAYLOR LUMPKIN p/k/a GINUWINE,

                            Plaintiffs,

            v.

KING MUSIC GROUP, INC., KING MUISC
GROUP, LLC, M&A HOLDINGS, LLC,
MICHAEL BOURNE and DOES 1-10 inclusive,

                            Defendants.

08 CV 0391 (AKH)
ECF CASE

**STIPULATION
AND ORDER**

--------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel in the above-captioned action, as follows:

1. Plaintiffs Pa Pah Productions, Inc. and Elgin Baylor Lumpkin p/k/a Ginuwine (collectively "Plaintiffs") and Defendants King Music Group, LLC, formerly known as M&A Holdings, LLC (incorrectly sued separately as "M&A Holdings, LLC" and "King Music Group, Inc.) and Michael Bourné (collectively "Defendants") agree that the time by which Plaintiffs must answer, move or otherwise respond to the Answer, Defenses and Counterclaims filed by Defendants on March 10, 2008, which response is presently due on March 31, 2008, is hereby extended through and including Thursday, April 10, 2008.

2. A facsimile or PDF file signature shall be deemed an original for the purposes of this stipulation.

Dated:    March 27, 2008
              Los Angeles, California

LOCKE LORD BISSELL & LIDDELL LLP

By: _____

David Greene (DG 4163)
dgreene@lockelord.com
Joseph N. Froehlich (JF 5221)
jfroehlich@lockelord.com
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700 (Telephone)
(212) 947-1202 (Fax)

-and-

Brandon J. Witkow (*Pro Hac Vice*)
bwitkow@lockelord.com
Cory Baskin (*Pro Hac Vice*)
cbaskin@lockelord.com
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, 8th Floor
Los Angeles, California 90071
(213) 687-6781 (Telephone)
(213) 341-6781 (Fax)
Attorneys for Plaintiffs Pa Pah
Productions, Inc. & Elgin Baylor
Lumpkin p/k/a Ginuwine

JONATHAN D. DAVIS, P.C.

By: _____

Jonathan D. Davis (JD 5712)
99 Park Avenue
Suite 1600
New York, New York 10016
(212) 687-5464
Attorneys for Defendants
King Music Group, LLC,
formerly known as M&A
Holdings, LLC (incorrectly
sued separately as "M&A

2

Holdings, LLC" and "King Music Group, Inc.) and Michael Bourné

**SO ORDERED:**

_____

Alvin K. Hellerstein, U.S.D.J.

3