300 South Grand, Suite 800
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200
www.lockelord.com

# Locke Lord Bissell & Liddell LLP

**Attorneys & Counselors**

Brandon J. Witkow
Direct Telephone: 213-687-6781
Direct Fax: 213-341-6781
bwitkow@lockelord.com

July 9, 2008



CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

So ordered
7-15-08
[signature]

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Pa Pah Productions, Inc., et al. v. King Music Group, Inc., et al.*
S.D.N.Y. Case No. 08 CV 0391 (AKH)

Dear Judge Hellerstein:

On June 27, 2008, Defendants in this action filed a Motion for Reconsideration [Doc. # s 28-29] of this Court's June 20, 2008 Order denying Defendants' Motion for Judgment on the Pleadings [Doc. # 27]. At the time of this filing, the Parties had agreed to a briefing schedule other than that set forth in Local Rule 6.1(b) due to the Parties' ongoing attempts to schedule a mediation date in this matter. The parties have mutually agreed upon a mediation in the first week in August. In light of this mediation date and subject to the Court's approval, the Parties have agreed upon the following briefing schedule for Defendants' Motion for Reconsideration:

- Plaintiff's Opposition Brief due on or before August 29, 2008

- Defendant's Reply Brief due on or before September 12, 2008

We respectfully request that the Court approve this schedule by endorsing this letter. The Parties will immediately advise the Court should this matter be resolved through mediation.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

[signature]
Brandon J. Witkow

BJW:dg

cc: Jonathan D. Davis, Esq. (via electronic mail)
Jay Safer, Esq. (via electronic mail)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

Honorable Alvin K. Hellerstein
July 9, 2008
Page 2

   David G. Greene, Esq. (via electronic mail)
   Cory A. Baskin, Esq. (via electronic mail)

---

SO ORDERED:

_____
Alvin K. Hellerstein, U.S.D.J.

LA 603963v.1