[Stamp: AUG 28 2008 ALVIN K. HELLERSTEIN]

# LockeLordBissell&Liddell LLP
**Attorneys & Counselors**

300 South Grand, Suite 800
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200
www.lockelord.com

Brandon J. Witkow
Direct Telephone: 213-687-6781
Direct Fax: 213-341-6781
bwitkow@lockelord.com

August 28, 2008

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> _____
> Alvin K. Hellerstein, U.S.D.J.
> Date: 8/28/08

Re: *Pa Pah Productions, Inc., et al. v. King Music Group, Inc., et al.*
S.D.N.Y. Case No. 08 CV 0391 (AKH)

Dear Judge Hellerstein:

We wish to inform the Court that the parties reached a settlement in this matter during their mediation on August 6, 2008. The parties have now executed a term sheet setting forth mutual obligations that should lead to the dismissal of this matter once performed.

In light of this settlement, the parties request that Defendants' Motion for Reconsideration, filed June 27, 2008 [Doc. #28], be taken off calendar and the briefing schedule attendant thereto [Doc. #30] be vacated.

[Handwritten note: The motion is terminated. AKH]

Sincerely,

LOCKE LORD BISSELL & LIDDELL, LLP

Brandon J. Witkow

cc: Jonathan D. Davis, Esq. (*via* electronic mail)
Jay G. Safer, Esq. (*via* electronic mail)
Cory A. Baskin, Esq. (*via* electronic mail)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/28/08]

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC